**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

COMMUNITY STATE BANK, ET AL

       Plaintiff                     Civil Action File No.

v.                                     01:04-cv-2608-WSD

JAMES STRONG,

       Defendant

---

**RESPONDENT'S REQUEST FOR STATUS CONFERENCE**

---

      COMES NOW James Strong, Respondent in opposition to Petitioner Community State Bank's ("CSB") Motion to Compel Arbitration (DOC# 15) and respectfully requests that the Court conduct a status conference (in person or by telephone) to address and determine the next steps in this matter as there were unresolved motions prior to this Court's decision and entry of dismissal and remand of a related case, including Defendant's request to conduct discovery regarding the arbitrability of this matter.

Respectfully submitted this 25th day of January 25, 2012.

                                              THE BARNES LAW GROUP, LLC

                                              /s/ John R. Bevis
                                              ROY E. BARNES
                                                    Ga. Bar No. 039000
                                              JOHN R. BEVIS
                                                    Ga. Bar No. 056110

31 Atlanta Street
Marietta, Georgia  30060
T:  770-227-6375
F:  770-227-6373

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

COMMUNITY STATE BANK, ET AL

       Plaintiff                    Civil Action File No.

v.                                     01:04-cv-2608-WSD

JAMES STRONG,

       Defendant

## CERTIFICATE OF SERVICE

This is to certify that on this day, I have served a true and exact copy of the *Respondent's Request for Status Conference* to the below listed counsel of record in the above-referenced case by United States First Class Mail and addressed as follows:

Alan S. Kaplinsky
Christopher J. Willis, Esq.
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103

3

Respectfully submitted this 25th day of January 25, 2012.

                THE BARNES LAW GROUP, LLC

                /s/ John R. Bevis
                ROY E. BARNES
                    Ga. Bar No. 039000
                JOHN R. BEVIS
                    Ga. Bar No. 056110

31 Atlanta Street
Marietta, Georgia  30060
T:  770-227-6375
F:  770-227-6373